[No. 20588.   Department Two.—December 24, 1889.]

THE PEOPLE, RESPONDENT, *v.* JACK LAWRENCE, APPELLANT.

CRIMINAL LAW—SUPERIOR COURT OF SAN FRANCISCO HAS NO JURISDICTION TO TRY MISDEMEANORS.—The superior court of the city and county of San Francisco has no jurisdiction to try a person charged with the commission of a misdemeanor.

APPEAL from a judgment of the Superior Court of the city and county of San Francisco, and from an order refusing a new trial.

The facts are stated in the opinion.

*J. D. Sullivan,* and *Alfred Clarke,* for Appellant.

*Attorney-General Johnson,* for Respondent.

FOOTE, C.—The defendant was tried and convicted in the superior court of the city and county of San Francisco, upon an indictment charging him with the commission of a misdemeanor, viz., gaming, under section 330 of the Penal Code. From the judgment and an order denying a new trial he has appealed.

The only point made for the reversal of the judgment and order is, that the court which tried him was without jurisdiction so to do.

Under the authority of the case of *Greene* v. *Superior Court,* 78 Cal. 556, it is apparent that the point is well taken. We therefore advise that the judgment and order be reversed.

BELCHER, C. C., and HAYNE, C., concurred.

The COURT.—For the reasons given in the foregoing opinion, the judgment and order are reversed.